UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 22-CV-23735-SEITZ

JOSETTE ZAMORA,

    Plaintiff,

v.

EL TAQUITO CORP,
OSVALDO NAVARRO, individually,
and ANGELICA OSORIO, individually,

    Defendants.
_____/

## NOTICE OF COURT PRACTICE UPON NOTICE OF SETTLEMENT IN AN FLSA ACTION AND REFERRAL TO MAGISTRATE

THIS MATTER is before the Court on the Joint Motion to Approve Settlement Agreement and Dismissal with Prejudice [DE 5], indicating that the Parties have resolved their dispute. The Court commends the parties for the speedy resolution of this matter, however, in all FLSA cases, if the case is resolved by way of settlement, judicial review and approval is necessary to give the settlement final and binding effect. *See Lynn's Food Stores, Inc. v. United States Department of Labor*, 679 F.2d 1350, 1353 (11th Cir. 1982). Accordingly, prior to issuing a final dismissal in this case, the Court will refer the matter to United States Magistrate Judge Lisette M. Reid to determine whether the settlement is "a fair and reasonable resolution of a bona fide dispute." *Id.* Therefore, it is

ORDERED that

(1)     This matter is referred to United States Magistrate Judge Lisette M. Reid for a settlement fairness hearing; and

(2)     For administrative purposes, this case is CLOSED.

DONE and ORDERED in Miami, Florida this 5th day of December, 2022.

PATRICIA A. SEITZ
UNITED STATES SENIOR DISTRICT JUDGE