UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-23735-CV-REID

JOSETTE ZAMORA,

    Plaintiff,

v.

EL TAQUITO CORP, *et al*,

    Defendants.

_____/

**ORDER APPROVING SETTLEMENT AGREEMENT AND**
**<u>DISMISSING CASE WITH PREJUDICE</u>**

This cause is before the Court on the Parties' Joint Motion for Settlement Approval. [ECF No. 5]. The Parties have consented to magistrate judge jurisdiction. [ECF No. 10]. The Court conducted a fairness hearing and considered the terms of the Settlement Agreement and finds that the Settlement Agreement is a fair and reasonable resolution of the parties' bona fide disputes. [ECF No. 9].

This case involves claims for unpaid overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §201, *et seq.* ("FLSA"). In reviewing a settlement of an FLSA private claim, a court must "scrutiniz[e] the settlement for fairness," and determine that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Lynn Food Stores v. United States*, 679 F.2d 1350, 1352-53 (11th Cir. 1982). A settlement entered into in an adversarial context where both sides are represented by counsel throughout litigation "is more likely to reflect a reasonable compromise of disputed issues." *Id.* The district court may approve the settlement to promote the policy of encouraging settlement of litigation. *Id.* at 1354.

In this case, there is a bona fide legal and factual dispute over the FLSA provisions, and both Parties were represented by counsel. The Court has reviewed the terms of the Settlement Agreement, including the attorney fees to be received by Plaintiff and finds that the compromise reached by the parties is a fair and reasonable resolution.

Indeed, Defendants have agreed to reemploy Plaintiff at a different location and have guaranteed a 40-hour work week. Plaintiff believes securing permanent employment is preferable to recovering the total amount claimed. And Defendants have agreed to be held jointly and severally liable for Plaintiff's attorney fees and costs. For these reasons, the Court finds that the compromise reached by the parties is a fair and reasonable resolution of the parties' bona fide disputes.

Accordingly, the Parties' Settlement Agreement is **APPROVED**, and this action, in its entirety, is **DISMISSED with prejudice**. The court shall retain jurisdiction to enforce the Settlement Agreement. The Clerk is directed to CLOSE this case and deny any pending motions as moot.

**DONE AND ORDERED** in chambers, at Miami, Florida on this 18th day of January 2023.

_____
LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

cc: **All Counsel of Record**